1 | SHARI RUSK, Bar. No. 170313
Attorney at Law
2 | 1710 Broadway, # 111
Sacramento, California  95818
3 | Telephone: (916) 804-8656

4

5

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )   CASE NO. 09-250 DAD
                                  )
11 |                   Plaintiff,  )   STIPULATION AND ORDER
                                  )   CONTINUING PRELIMINARY HEARING
12 | v.                            )
                                  )   Date:   October 5, 2009
13 | WENDY GARDINER,               )   Time:   2:00 p.m.
                                  )   Judge:  Hon. Gregory G. Hollows
14 |                   Defendant.  )
                                  )
15 |                               )
                                  )
16 |                               )
                                  )
17 |                               )
                                  )
18 | _____

19

20 |      The parties to this action, defendant Wendy Gardiner and

21 | plaintiff United States of America, hereby stipulate through their

22 | respective attorneys to continue the preliminary hearing scheduled

23 | for October 5, 2009, to October 30, 2009, at 2:00 p.m.

24 |      The parties are working toward reaching a pre-indictment

25 | resolution of the pending charges.  The parties further agree that

26 | the above reason constitutes good cause to extend the time for

27 | preliminary hearing under Federal Rule of Criminal Procedure 5.1, and

28 | that the time within which the indictment must be filed should be

1

extended to October 30, 2009, pursuant to the Speedy Trial Act, 18
U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: October 2, 2009          /s/ Shari Rusk
                                Attoreny for Defendant
                                Wendy Gardiner


                                /s/ Todd Leras
                                Assistant United States Attorney


                                **ORDER**

   Based on the stipulation of the parties and good cause being
shown, the preliminary hearing in this matter is continued to October
30, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act
pursuant to the reason stated in the stipulation of the parties.


Dated:  October 2, 2009.



                                _____
                                U.S. MAGISTRATE JUDGE

2