1  LAWRENCE G. BROWN
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CASE NO.  09-250 DAD
                                  )
12                 Plaintiff,     )  STIPULATION AND ORDER
                                  )  CONTINUING PRELIMINARY HEARING
13 v.                             )
                                  )  Date:  October 30, 2009
14 WENDY GARDINER,                )  Time:  2:00 p.m.
                                  )  Judge: Hon. Kimberly J.
15                 Defendant.     )         Mueller
                                  )
16                                )
                                  )
17

18

19     The parties to this action, defendant Wendy Gardiner and
20 plaintiff United States of America, hereby stipulate through their
21 respective attorneys to continue the preliminary hearing scheduled
22 for October 30, 2009, to November 30, 2009, at 2:00 p.m.
23     The parties are working toward reaching a pre-indictment
24 resolution of the pending charges.  The parties further agree that
25 the above reason constitutes good cause to extend the time for
26 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
27 that the time within which the indictment must be filed should be
28 extended to November 30, 2009, pursuant to the Speedy Trial Act, 18

                                  1

1  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.
2  Shari Rusk has authorized Assistant U.S. Attorney Todd D. Leras to
3  sign this stipulation on her behalf.
4
5                                    Respectfully submitted,
6  Dated:  October 29, 2009
7                                     /s/ Todd D. Leras for
                                      SHARI RUSK
8                                     Attorney for Defendant WENDY GARDINER
9  Dated: October 29, 2009
                                      /s/ Todd D. Leras
10                                    TODD D. LERAS
                                      Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to November 30, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: October 29, 2009.

_____
U.S. MAGISTRATE JUDGE