FILED
November 3, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                             )<br>             Plaintiff,                          )<br>v.                                                        )<br>                                                             )<br>WENDY GARDINER,                        )<br>                                                             )<br>             Defendant.                       ) | Case No. MAG. 09-0250 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Wendy Gardiner</u>, Case No. <u>MAG. 09-0250 DAD</u>, Charge <u>Title 18 USC §§ 922(a)(1)(A); 922(a)(6); 371; 922(g)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _50,000 co-signed by mother_

X  Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other)   _Pretrial Services Supervision_
                  _of conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>November 3, 2009</u>  at  _2:45_  pm.

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge