1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656



NOV 2 0 2009



7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      ) CASE NO. Mag. 09-250 DAD
                                    )
11 |                   Plaintiff,   ) STIPULATION AND ORDER
                                    ) CONTINUING PRELIMINARY HEARING
12 | v.                             )
                                    ) Date:  December 14, 2009
13 | WENDY GARDINER,                ) Time:  2:00 p.m.
                                    ) Judge: Hon. Dale A. Drozd
14 |                   Defendant.   )
                                    )

20     The parties to this action, defendant Wendy Gardiner and
21 plaintiff United States of America, hereby stipulate through their
22 respective attorneys to continue the preliminary hearing scheduled
23 for November 30, 2009, to December 14, 2009, at 2:00 p.m.
24     The parties are working toward reaching a pre-indictment
25 resolution of the pending charges.  The parties further agree that
26 the above reason constitutes good cause to extend the time for
27 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
28 that the time within which the indictment must be filed should be

extended to December 14, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                 Respectfully submitted,

Dated: October 2, 2009      /s/ Shari Rusk
                                 Attoreny for Defendant
                                 Wendy Gardiner


                                 /s/ Todd Leras
                                 Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to December 14, 2009, at 2:00 p.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 11/20/09

                                 Hon. Dale A. Drozd
                                 United States Magistrate Judge