1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  CASE NO. MAG. 09-250 DAD
                                     )
11                    Plaintiff,     )  STIPULATION AND ORDER
                                     )  CONTINUING PRELIMINARY HEARING
12  v.                               )
                                     )  Date:   June 2, 2010
13  WENDY GARDINER,                  )  Time:   2:00 p.m.
                                     )  Judge:  Hon. Dale A. Drozd
14                    Defendant.     )
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18  _____

19

20      The parties to this action, defendant Wendy Gardiner and

21  plaintiff United States of America, hereby stipulate through their

22  respective attorneys to continue the preliminary hearing scheduled

23  for April 29, 2010, to June 2, 2010, at 2:00 p.m. and that date is

24  available with the Court.

25      The parties are working toward reaching a pre-indictment

26  resolution of the pending charges.  Ms. Gardiner recently delivered a

27  baby by emergency C-section and is at home, recovering with her

28  newborn infant.  The parties further agree that the above reason

                                  1

1  constitutes good cause to extend the time for preliminary hearing

2  under Federal Rule of Criminal Procedure 5.1, and that the time

3  within which the indictment must be filed should be extended to

4  December 14, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. §

5  3161(h)(7)(A) and (B)(iv), for the reasons stated above.

6
                              Respectfully submitted,
7
   Dated: April 27, 2010        /s/ Shari Rusk_____
8                               Attoreny for Defendant
                                Wendy Gardiner
9

10                              /s/ Todd Leras_____
                                 Assistant United States Attorney
11

12

13
                              **ORDER**
14
       Based on the stipulation of the parties and good cause being
15
   shown, the preliminary hearing in this matter is continued to June 2,
16
   2010, at 2:00 p.m.  Time is excluded under the Speedy Trial Act
17
   pursuant to the reason stated in the stipulation of the parties.
18

19
   Dated: May 5, 2010
20
                              /s/ Gregory G. Hollows
21                              _____

22                              United States Magistrate Judge

23  09mj240.ord

24

25

26

27

28

                              2